**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

Plaintiff,

v.

Case No. 6:26-cv-00376-AGM-RMN

META PLATFORMS, INC., ACCENTURE LLP, TASKUS, INC., and GENPACT LIMITED.

Defendants.

______________________________ /

# DEFENDANT TASKUS INC.'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

   **Defendant TaskUs, Inc. is a non-governmental corporation. Entities affiliated with Blackstone Inc. own 10.0% or more of TaskUs, Inc.'s common stock.**

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   **None known at this time.**

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   **None known at this time.**

**4.** If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

**Not applicable.**

**5.** Identify any entity or natural person not already disclosed and likely to actively participate in this action.

**None known at this time other than the named entities.**

**6.** Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

**None known at this time.**

## Citizenship Information

If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.

**State of Incorporation: Delaware**

**Principal Place of Business: 1650 Independence Dr., Suite 200, New Braunfels, TX 78132-3959**

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

**Not applicable.**

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

**Not applicable.**

**Certificate**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Dated: March 20, 2026

Respectfully submitted,

*/s/ Stephanie C. Generotti*

Stephanie C. Generotti
Florida Bar No. 112924
stephanie.generotti@ogletree.com
Elizabeth T. Jozsi
Florida Bar No. 119428
elizabeth.jozsi@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street
Suite 3600
Tampa, FL 33602
Telephone: 813.221.7239
Facsimile: 813.289.6530
Secondary emails:
angie.jackson@ogletree.com
melissa.salazar@ogletree.com
TAMDocketing@ogletree.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 20, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent the foregoing via U.S. Mail to:

Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Jayballentine@protonmail.com
*Pro se Plaintiff*

*/s/ Stephanie Generotti*
Attorney