MAR 20 2026 PM1:51
FILED - USDC - FLMD - ORL

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

*Plaintiff,*

v. Case No. 6:26-cv-00376-AGM-RMN

META PLATFORMS, INC., ACCENTURE LLP,
TASKUS, INC., and GENPACT LIMITED,

*Defendants.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, a true and correct copy of Plaintiff's Opposition to Defendant Accenture LLP's Motion to Dismiss (Dkt. 29) was filed with the Clerk of Court via the Court's electronic filing system. Service was made on all counsel of record through the Court's CM/ECF system, which generates a Notice of Electronic Filing to:

**Marianna Chapleau**

Kirkland & Ellis LLP

98 S.E. 7th Street, Suite 700

Miami, FL 33131

mchapleau@kirkland.com

*Counsel for Defendant Accenture LLP*

Date: March 20, 2026

Respectfully submitted,



Marvelle J. Ballentine
Plaintiff, pro se
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com