**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

Plaintiff,

v.

Case No. 6:26-cv-00376-AGM-RMN

META PLATFORMS, INC., ACCENTURE LLP, TASKUS, INC., and GENPACT LIMITED.

Defendants.

_______________________________________ /

**DEFENDANT TASKUS INC.'S NOTICE OF SUPPLEMENT TO LOCAL RULE 3.01(G) CERTIFICATE ON MOTION TO DISMISS**

Defendant TASKUS, INC. ("TaskUs"), through its undersigned counsel and pursuant to Local Rule 3.01(g)(3), hereby files this supplement to the Local Rule 3.01(g) Certificate included in its Motion to Dismiss filed on March 23, 2026. (ECF No. 48).

Pursuant to Local Rule 3.01(g), TaskUs' counsel attempted to confer with Plaintiff by email prior to filing its Motion to Dismiss on March 23, 2026. Counsel followed up again by email on March 25, 2026 and March 26, 2026. On March 26, 2026, Plaintiff advised counsel that he opposes the Motion to Dismiss in its entirety and intends on filing an opposition.

Dated: March 26, 2026

Respectfully submitted,

*/s/Elizabeth T. Jozsi*
Stephanie C. Generotti
Florida Bar No. 112924
stephanie.generotti@ogletree.com
Elizabeth T. Jozsi
Florida Bar No. 119428
elizabeth.jozsi@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street
Suite 3600
Tampa, FL 33602
Telephone: 813.221.7239
Facsimile: 813.289.6530
Secondary emails:
angie.jackson@ogletree.com
melissa.salazar@ogletree.com
TAMDocketing@ogletree.com

*Attorneys for TaskUs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on March 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and sent the foregoing via U.S. Mail to:

Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
Jayballentine@protonmail.com
*Pro se Plaintiff*

*/s/ Elizabeth T. Jozsi*
Attorney