**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

Plaintiff,

v.

META PLATFORMS, INC., ACCENTURE LLP, TASKUS, INC., and GENPACT USA, INC.,

Defendants. /

Case No. 6:26-cv-00376-AGM-DCI

Judge Anne-Leigh Gaylord Moe

**DEFENDANT ACCENTURE LLP'S**
**MOTION FOR LEAVE TO FILE A REPLY**
**IN SUPPORT OF ITS MOTION TO DISMISS**

Pursuant to Local Rule 3.01(e) of the United States District Court for the Middle District of Florida, Defendant Accenture LLP ("Accenture") moves for leave to file a reply in support of its Motion to Dismiss Plaintiff's Claims (Dkt. No. 29). The requested reply would not exceed seven pages and would be filed by April 3, 2026. Plaintiff did not respond to Accenture's attempts to confer regarding this request.

Accenture respectfully requests leave to address in a reply numerous deficiencies and misapplied case law in Plaintiff's Opposition to Accenture's Motion to Dismiss ("Plaintiff's Opposition") (Dkt. No. 40), to distinguish such case law from the instant case, and to provide the Court with additional case law that further

supports its defenses. The deficiencies in Plaintiff's Opposition include, but are not limited to: (1) misapplication of case law regarding Plaintiff's claim that this case involves factual questions that necessitate discovery; (2) misapplication of case law pertaining to Section 230 of the Communications Decency Act; and (3) the absence of any additional support for Plaintiff's conclusory allegations as to all of his claims.

Additionally, Plaintiff's Opposition (Dkt. No. 40) was twenty-four pages, which is in excess of the twenty-page limit for a response to a motion pursuant to Local Rule 3.01(c). Thus, Accenture respectfully submits that a seven-page reply would be fair and help clarify the issues that Plaintiff confuses.

**WHEREFORE**, Accenture requests that the Court enter an order granting Accenture leave to file a reply brief in support of its Motion to Dismiss Plaintiff's Claims (Dkt. No. 29) not exceeding seven pages and to be filed by April 3, 2026.

Dated: March 27, 2026

Respectfully submitted,

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau
*LEAD COUNSEL*
Florida Bar No. 1059142
KIRKLAND & ELLIS LLP
Three Brickell City Centre
98 S.E. 7th Street, Suite 700
Miami, FL 33131
Telephone: 305 432-5687
Fax: 305 432-5601
mchapleau@kirkland.com

Devin S. Anderson (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
95 South State Street
Salt Lake City, UT 84111
Telephone: 801 877 8115
Fax: 801 877 8101
devin.anderson@kirkland.com

*Counsel for Defendant Accenture LLP*

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), counsel for Defendant Accenture LLP certifies that counsel emailed Plaintiff on March 25, 2026 and March 27, 2026 to confer on this request, and Plaintiff did not respond to counsel's emails.

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, I electronically filed the foregoing through the Middle District of Florida's CM/ECF System, which will send a copy to all unrepresented parties and counsel of record.

*/s/ Marianna C. Chapleau*
Marianna C. Chapleau