FILED - USDC - FLMD - ORL
APR 9 2026 PM2:56

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v. Case No. 6:26-cv-00376-AGM-DCI

META PLATFORMS, INC.; ACCENTURE LLP;
GENPACT LIMITED; and TASKUS, INC.,

*Defendants.*

# NOTICE OF INTENT TO SERVE SUBPOENA ON NATIONAL CENTER FOR MISSING & EXPLOITED CHILDREN

1. Plaintiff Marvelle J. Ballentine, proceeding pro se, hereby gives notice to the Court and to all parties that, pursuant to Federal Rule of Civil Procedure 45 and the advance-notice procedure maintained by the National Center for Missing & Exploited Children (NCMEC), Plaintiff has on this date transmitted to NCMEC, via overnight express mail, a fourteen-day advance notice of an intended records subpoena concerning whether a CyberTipline report under 18 U.S.C. § 2258A was filed in connection with the Facebook account associated with Plaintiff and terminated on or about July 4, 2022.

2. The advance-notice correspondence transmitted to NCMEC, the signed draft subpoena, and Exhibit A to the subpoena are attached hereto as Exhibit 1 and incorporated by reference. The subpoena will be formally served on NCMEC after expiration of the fourteen-day advance-notice period.

Dated: April 9, 2026

Regards,

Marvelle J. Ballentine
Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2026, the foregoing was filed with the Clerk of Court and served on all counsel of record via the Court's CM/ECF system.

Marvelle J. Ballentine