**UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA**

MARVELLE J. "JAY" BALLENTINE

Plaintiff,

v.

META PLATFORMS, INC., ACCENTURE LLP; TASKUS, INC, and GENPACT USA, INC.,

Defendants.

Case No 6:26-cv-376

**DECLARATION OF JENNIFER ALLEN IN SUPPORT OF META PLATFORMS, INC.'S MOTION TO TRANSFER PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, JENNIFER ALLEN, declare as follows:

1. I am a Case Manager on the eDiscovery and Information Governance Team at Meta Platforms, Inc. ("Meta"). I am familiar with the facts and circumstances set forth herein and submit this declaration in support of Meta's Motion to Transfer Plaintiff's First Amended Complaint.

2. As part of my current role, I am regularly involved in assisting with the collection of documents, data, and information related to the services Meta provides, such as Facebook, including Meta's Terms of Service ("Terms") and Meta's Commercial Terms ("Commercial Terms").

3. Every person who registers for, uses, and continues to use the Facebook service (or other products, websites, features, services, technologies, and software offered by Meta) agrees to the Terms of Service as a condition of using the Facebook service. Every person who uses the Facebook service for business or commercial purposes also agrees to the Commercial Terms as a condition of using the Facebook service for such purposes.

4. A true and correct copy of the Terms in effect at the time of the events alleged in the First Amended Complaint (*i.e.*, between June

2022 and July 4, 2022) is attached as **Exhibit A.**

5. A true and correct copy of the Commercial Terms in effect at the time of the events alleged in the First Amended Complaint (*i.e.*, between June 2022 and July 4, 2022) is attached as **Exhibit B.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 9, 2026

Jennifer Allen

JENNIFER ALLEN