FILED - USDC - FLMD - ORL
APR 22 2026 PM3:23

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v. Case No. 6:26-cv-00376-AGM-DCI

META PLATFORMS, INC.; ACCENTURE LLP;
TASKUS, INC.; and GENPACT LLC,

*Defendants.*

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS (DKT. 85)**

Plaintiff Marvelle J. Ballentine, proceeding *pro se*, moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 3.01(g) for a fourteen-day extension of the deadline to respond to Defendant Meta Platforms, Inc.'s Motion to Dismiss the First Amended Complaint (Dkt. 85), filed April 9, 2026.

Service of Dkt. 85 was effected by United States Mail. Applying the three-day addition under Rule 6(d) and the weekend/holiday extension under Rule 6(a)(1)(C), the current opposition deadline is Monday, May 4, 2026. Plaintiff requests a fourteen-day extension, resulting in a new deadline of **Monday, May 18, 2026**.

Good cause supports this extension. Plaintiff is proceeding *pro se* and is simultaneously managing three active matters in this District — Case Nos. 6:26-cv-00376, 6:26-cv-00286, and 5:26-cv-00213 — and a Petition for Writ of Mandamus pending before the Eleventh Circuit, USCA No. 26-11229 (Dkt. 91). Dkt. 85 raises questions of personal jurisdiction and failure to state a claim, each requiring substantive response. No case management order has been entered, and the requested extension will not affect any Court-ordered deadline.

Undersigned counsel for Meta has confirmed that Meta does not oppose this motion. A copy of the Local Rule 3.01(g) conferral correspondence is attached as Exhibit A.

WHEREFORE, Plaintiff requests that the Court grant a fourteen-day extension of time to respond to Dkt. 85, setting the new deadline as Monday, May 18, 2026.

Dated: April 22, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*

# CERTIFICATE OF CONFERRAL

I certify that, before filing this motion, I conferred with counsel for Defendant Meta Platforms, Inc. in compliance with Local Rule 3.01(g). On April 19, 2026, I transmitted a written conferral request to Meta's counsel via email. On April 20, 2026, Meta's counsel confirmed that Meta does not oppose the relief requested.

Marvelle J. Ballentine