FILED - USDC - FLMD - ORL
APR 22 2026 PM3:28

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MARVELLE J. BALLENTINE,

*Plaintiff,*

v. Case No. 6:26-cv-00376-AGM-DCI

META PLATFORMS, INC.; ACCENTURE LLP;
TASKUS, INC.; and GENPACT LLC,

*Defendants.*

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT META PLATFORMS, INC.'S MOTION TO CHANGE VENUE / TRANSFER CASE (DKT. 87)

Plaintiff Marvelle J. Ballentine, proceeding *pro se*, moves under Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 3.01(g) for a fourteen-day extension of the deadline to respond to Defendant Meta Platforms, Inc.'s Motion to Change Venue / Transfer Case (Dkt. 87), filed April 9, 2026.

Service of Dkt. 87 was effected by United States Mail. Applying the three-day addition under Rule 6(d) and the weekend/holiday extension under Rule 6(a)(1)(C), the current opposition deadline is Monday, April 27, 2026. Plaintiff requests a fourteen-day extension, resulting in a new deadline of **Monday, May 11, 2026**.

Good cause supports this extension. Plaintiff is proceeding *pro se* and is simultaneously managing three active matters in this District — Case Nos. 6:26-cv-00376, 6:26-cv-00286, and 5:26-cv-00213 — and a Petition for Writ of Mandamus pending before the Eleventh Circuit, USCA No. 26-11229 (Dkt. 91). Dkt. 87 raises threshold questions of personal jurisdiction and venue under 28 U.S.C. § 1404(a), each requiring substantive response. No case management order has been entered, and the requested extension will not affect any Court-ordered deadline.

Undersigned counsel for Meta has confirmed that Meta does not oppose this motion. A copy of the Local Rule 3.01(g) conferral correspondence is attached as Exhibit A.

WHEREFORE, Plaintiff requests that the Court grant a fourteen-day extension of time to respond to Dkt. 87, setting the new deadline as Monday, May 11, 2026.

Dated: April 22, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*

## CERTIFICATE OF CONFERRAL

I certify that, before filing this motion, I conferred with counsel for Defendant Meta Platforms, Inc. in compliance with Local Rule 3.01(g). On April 19, 2026, I transmitted a written conferral request to Meta's counsel via email. On April 20, 2026, Meta's counsel confirmed that Meta does not oppose the relief requested.

Marvelle J. Ballentine