Marvelle J. Ballentine,
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
Email: jayballentine@protonmail.com
Plaintiff, *pro se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELLE J. BALLENTINE, | Case No. 3:26-cv-05939-RFL |
| Plaintiff, | **DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| v. | |
| META PLATFORMS, INC.; ACCENTURE LLP; TASKUS, INC.; and GENPACT LIMITED, | |
| | Judge: Hon. Rita F. Lin |
| Defendants. | |

**DECLARATION OF MARVELLE J. BALLENTINE IN SUPPORT OF MOTION FOR**

**LEAVE TO FILE SECOND AMENDED COMPLAINT**

I, Marvelle J. Ballentine, declare as follows:

1.    I am the Plaintiff in this action and I represent myself. I make this declaration in support of my Motion for Leave to File a Second Amended Complaint. I have personal knowledge of the matters stated here and could testify to them if called.

2.    This action was transferred to this Court from the United States District Court for the Middle District of Florida and was docketed in this Court on June 17, 2026 under Case No. 3:26-cv-05939.

3.    As of the date of this declaration, no motion to dismiss, answer, or other response to the First Amended Complaint is pending before this Court. All motions pending at the time of transfer were terminated by order of the transferring court.

Declaration ISO Motion for Leave to File Second Amended Complaint — Page 1 of 2

4.    No scheduling order under Federal Rule of Civil Procedure 16(b) has issued in this Court, and no deadline to amend pleadings has been set. The initial case management conference has not occurred.

5.    Attached as Exhibit 1 is a true and correct copy of the proposed Second Amended Complaint.

6.    Attached as Exhibit 2 is a true and correct redlined comparison of the proposed Second Amended Complaint against the operative First Amended Complaint. Because the proposed Second Amended Complaint is a substantial restatement that narrows the action to a single count, the comparison reflects revision throughout.

7.    This is my first request for leave to amend in this Court.

8.    Prior to filing this Motion, I conferred with counsel for each Defendant regarding the relief sought. Counsel for Meta Platforms, Inc. and Genpact Limited stated that neither Defendant intends to challenge this Court's jurisdiction, that both Defendants disagree that amendment is warranted, and that both Defendants intend to oppose any request to amend at this time. Counsel for Accenture LLP stated that Accenture does not intend to challenge jurisdiction in the Northern District of California and opposes amendment of the operative complaint. Counsel for TaskUs, Inc. stated that TaskUs opposes any request to amend at this time.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: July 6, 2026

Marvelle J. Ballentine
Plaintiff, *pro se*

Declaration ISO Motion for Leave to File Second Amended Complaint — Page 2 of 2