Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff,  *pro se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARVELLE J. BALLENTINE,

     *Plaintiff,*

     v.

META PLATFORMS, INC.; ACCENTURE LLP;
TASKUS, INC.; and GENPACT LIMITED,

     *Defendants.*

Case No.  3:26-cv-05939-RFL
Hon. Rita F. Lin

**<u>DECLARATION OF MARVELLE J. BALLENTINE IN</u>**

**<u>SUPPORT OF PLAINTIFF'S STATUS REPORT</u>**

I, Marvelle J. Ballentine, declare as follows:

1.     I am the Plaintiff in this action, proceeding pro se. I make this declaration in support of Plaintiff's Status Report filed in response to the Court's Order of June 30, 2026 (Dkt. 140). I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

2.     On April 27, 2026, Plaintiff and counsel for Defendant Accenture LLP filed a joint Uniform Case Management Report in the Middle District of Florida (Dkt. 102). The report set forth the parties' respective positions on the subjects enumerated in Federal Rule of Civil Procedure 26(f)

(2), including two proposed schedules and Plaintiff's proposal for phased discovery directed at the Codefendants first. A true and correct copy of Dkt. 102 is attached as Exhibit A.

3.     On the morning of April 28, 2026, I transmitted a written Rule 26(f) proposal to counsel for Defendant TaskUs, Inc.

4.     On April 28, 2026, counsel for TaskUs, Stephanie Generotti and Elizabeth Jozsi, transmitted to me by email a completed draft Uniform Case Management Report. The transmittal email stated: "Based on your communication this morning, we have prepared a draft CMR for your review. Where your communication was silent on the issue, we incorporated your position from co-Defendant's CMR, filed last evening. Please let us know if you have any revisions. Otherwise, we are happy to file with your approval." A true and correct copy of the draft report and the transmittal email is attached as Exhibit B.

5.     The draft report prepared by TaskUs's counsel states, in the section titled "Date and Attendees": "The parties conducted the planning conference via email. On April 28, 2026, Plaintiff provided a written proposal." The draft report sets forth TaskUs's positions on each subject enumerated in Rule 26(f)(2), including TaskUs's objection to the commencement of discovery, its position on initial disclosures, its objection to phased discovery, and its positions on electronically stored information, privilege, and discovery limitations.

6.     The report was not filed before the Middle District of Florida entered a temporary stay of discovery on May 1, 2026 (Dkt. 104) and transferred this action on June 3, 2026 (Dkt. 121).

7.     No Rule 26(f) conference has occurred between Plaintiff and Defendant Meta Platforms, Inc. or Defendant Genpact Limited.

8.     On July 9, 2026, I served Plaintiff's First Set of Requests for Admission and First Set of Interrogatories on Defendant Accenture LLP and on Defendant TaskUs, Inc., and served

Plaintiff's Initial Disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) on all

Defendants. True and correct copies of the certificates of service are attached as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing

is true and correct.

Date: July 9, 2026

Marvelle J. Ballentine
Plaintiff, *pro se*