MICHELLE L. VISSER (SBN 277509)
mvisser@orrick.com
SARAH N. DAVIS (SBN 275145)
sdavis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    +1 415 773 5700
Facsimile:    +1 415 773 5759

*Attorneys for Defendant*
*Meta Platforms, Inc. and Genpact Limited*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC., ACCENTURE LLP, GENPACT LLIMITED, AND TASKUS, INC.<br><br>Defendants. | Case No. 3:26-cv-05939-RFL<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT (DKT. NO. 141)**<br><br>Judge: Hon. Rita F. Lin |

Defendants Meta Platforms, Inc. ("Meta"), Accenture LLP ("Accenture"), Genpact Limited ("Genpact") and TaskUs, Inc. ("TaskUs") (collectively, "Defendants") jointly submit this response to Plaintiff's Motion to File a Second Amended Complaint (Dkt. No. 141).

Defendants maintain that the Plaintiff's Proposed Second Amended Complaint ("SAC") does not state any plausible claim for relief and fails to cure any of the merits-based pleading deficiencies identified in Defendants' pending motions to dismiss the First Amended Complaint.  *See* Dkt. Nos. 29, 48, 85, 96.  Specifically, Plaintiff's SAC remains deficient because Plaintiff's claim is barred by Section 230 of the Communications Decency Act, 47 U.S.C. § 230 and because Plaintiff still fails to plausibly allege any intentional racial discrimination.  However, given Defendants' expectation that, absent amendment, this Court would prefer that Defendants re-brief their Motions to Dismiss to address Ninth Circuit law, such that additional briefing will be necessary in any event, Defendants do not oppose Plaintiff's Motion for Leave to File a Second Amended Complaint.

DEFS' RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO AMEND.
NO. 3:26-CV-05939-RFL

Dated: July 20, 2026

By: */s/ Michelle L. Visser*

Michelle L. Visser
Sarah N. Davis
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
mvisser@orrick.com
Telephone: (415) 773-5518

*Attorneys for Defendants*
*Meta Platforms, Inc. and Genpact Limited*

Devin S. Anderson (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
95 South State Street
Salt Lake City, UT 84111
Telephone: (801) 877-8115
Facsimile: (801) 877-8101
devin.anderson@kirkland.com

Christopher W. Keegan, P.C. (SBN 232045)
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
Telephone: (415) 439-1882
Facsimile: (415) 439-1500
chris.keegan@kirkland.com

*Attorneys for Defendant Accenture LLP*

Brittney L Turner, SBN 319818
brittney.turner@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C**.
19191 S. Vermont Avenue, Suite 635
Torrance, CA  90502
Telephone:      310-217-8191
Facsimile:      310-217-8184

Kristin C. Christensen, SBN 286711
kristin.christensen@ogletree.com
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:      415-442-4810
Facsimile:      415-442-4870

2

*Attorneys for Defendants TASKUS, INC.*

DEFS' RESPONSE TO PLAINTIFF'S MOTION FOR
LEAVE TO AMEND.
No. 3:26-CV-05939-RFL