Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, *pro se*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

MARVELLE J. "JAY" BALLENTINE,

  *Plaintiff,*

    v.

META PLATFORMS, INC., ACCENTURE LLP,
GENPACT LIMITED, and TASKUS, INC.,

  *Defendants.*

Case No. 3:26-cv-05939-RFL
Hon. Rita F. Lin

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE**

**TO FILE SECOND AMENDED COMPLAINT**

Defendants' response opposes nothing. Defendants expressly state that they "do not oppose Plaintiff's Motion for Leave to File a Second Amended Complaint." Dkt. 147 at 2. They identify no basis under Federal Rule of Civil Procedure 15(a)(2) for denying leave. The motion is therefore unopposed and should be granted.

Defendants nevertheless assert, without analysis, that the proposed claim is barred by 47 U.S.C. § 230. That assertion omits the Ninth Circuit's duty-source framework. Section 230 requires examination of the right from which the asserted duty arises and the conduct that duty requires. *Calise v. Meta Platforms, Inc.,* 103 F.4th 732, 742–44 (9th Cir. 2024). The proposed claim arises from the federal right secured by 42 U.S.C. § 1981 to make and enforce contracts without racial

1

discrimination, not from any asserted duty imposed on Defendants as publishers or speakers of third-party content.

Defendants may present their Section 230 and discriminatory-intent arguments in the consolidated motion to dismiss they intend to file under Ninth Circuit law. Those reserved merits positions do not oppose amendment. Plaintiff respectfully requests that the Court grant Dkt. 141 and permit the proposed Second Amended Complaint to be filed as the operative pleading.

Dated: July 20, 2026

Respectfully submitted,

Marvelle J. Ballentine
Plaintiff, *pro se*
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com

2

**CERTIFICATE OF SERVICE**

I certify that on July 20, 2026, I filed the foregoing with the Clerk of the Court through the CM/ECF system, which will serve all counsel of record electronically.

Marvelle J. Ballentine