Marvelle J. Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, pro se

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.;<br>ACCENTURE LLP;<br>GENPACT LIMITED; and<br>TASKUS, INC.,<br><br>Defendants. | Case No.: 3:26-cv-05939-RFL<br><br>**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OPPOSITION TO DEFENDANTS' CONSOLIDATED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Rita F. Lin |

Plaintiff respectfully requests judicial notice under Federal Rule of Evidence 201 of the existence and filing of Defendant Meta Platforms, Inc.'s August 21, 2026 Motion to Dismiss the First Amended Complaint in *Ballentine v. Hall, et al.*, No. 1:26-cv-02331-RDA-IDD (E.D. Va.), together with its supporting Memorandum of Law, attached as Exhibits A and B. Plaintiff seeks notice of the filings themselves, including their filer, filing date, and case of filing.

**JUDICIAL-NOTICE STANDARD**

Federal Rule of Evidence 201(b)(2) permits judicial notice of a fact that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Rule 201(c)(2) provides that the Court must take judicial notice if a party requests it and the Court is supplied with the necessary information. Federal court records are proper subjects of judicial notice as to the existence of the record and the fact that the filing occurred. Under *Lee v. City of Los Angeles*, 250 F.3d 668, 689–90 (9th Cir. 2001), a court may take judicial notice of matters of public record, including the existence of another court's records, without converting disputed assertions contained in those records into established facts.

**FACT REQUESTED TO BE JUDICIALLY NOTICED**

1. On August 21, 2026, Defendant Meta Platforms, Inc. filed a Motion to Dismiss the First Amended Complaint, together with a Memorandum of Law in support, in *Ballentine v. Hall, et al.*, No. 1:26-cv-02331-RDA-IDD, in the United States District Court for the Eastern District of Virginia.

Exhibit A is the filed motion. Exhibit B is the filed Memorandum of Law in support.

**RELEVANCE**

The noticed filing bears directly on an issue already identified in Plaintiff's Opposition. On August 13, 2026, Defendants filed their Consolidated Motion to Dismiss the Second Amended Complaint. Dkt. 152. In describing Plaintiff's other litigation, that motion described the Eastern District of Virginia action as a complaint against the National Center for Missing & Exploited Children and its corporate counsel. Dkt. 152. Plaintiff's August 14, 2026 Opposition stated that Meta itself is a named and served defendant in that action. Dkt. 153. On August 21, 2026, Meta filed the motion attached as Exhibit A, supported by the memorandum attached as Exhibit B, seeking dismissal

of the First Amended Complaint in that same action. The filings are therefore subsequent federal-court records bearing directly on the circumstance identified in Plaintiff's Opposition.

**CONCLUSION**

Plaintiff respectfully requests that the Court take judicial notice that Meta Platforms, Inc. filed the motion attached as Exhibit A and the supporting Memorandum of Law attached as Exhibit B in *Ballentine v. Hall, et al.*, No. 1:26-cv-02331-RDA-IDD (E.D. Va.), on August 21, 2026.

Dated: August 25, 2026

Respectfully submitted,

Marvelle J. "Jay" Ballentine
Plaintiff, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record.

Marvelle J. Ballentine