UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. BALLENTINE,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC., et al.,<br>Defendants. | Case No. 26-cv-05939-RFL<br><br>**JUDGMENT** |

On November 25, 2026, the Court dismissed Plaintiff's claim. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Defendant and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 25, 2026

RITA F. LIN
United States District Judge